FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
AUG 22 2024
CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

JOSEPH VAN DAM )
[Enter above the full name of )
the plaintiff in this action] )
)
v. )  Docket no.
)
WELL PATH )
)
1182 DOVER RD )
)
CHARLESTON, ME )
04422 )
[Enter above the full name of )
the defendant(s) in this action] )

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ]   No [X]

   B.  If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)  N/A

         Defendant(s)  _____

      2. Court [If federal court, name the district; if state court, name the county]
         N/A

      3. Docket number  _____

      4. Name of judge whom case was assigned  N/A

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of outcome __N/A__

II. Place of present confinement __MT. VIEW CORR. FAC. (MAINE STATE PRISON)__

A. Is there a prisoner grievance procedure in this institution?
Yes [X]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [X]   No [ ]

C. If your answer is "Yes"

1. What steps did you take? __I wrote 2 grievances__

2. What was the result? __None__

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff __JOSEPH VAN DAM__

Address __1182 Dover Rd. Charleston 04422__

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant __WELLPATH MEDICAL__

Position _____

Address __1182 Dover Rd. Charleston 04422__

C. Additional Defendant(s) __N/A__

IV. **Statement of Claim**

[State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

I spent 4 months under the care of Wellpath (while an inmate of Maine State Prison) I was not properly cared for — I am in constant pain.

V. **Relief**

[State briefly exactly <u>what you want the court to do for you</u>. Make no legal arguments. Cite no cases or statutes.]

I want $85,000 for the lack of care & my constant pain.

Signed this 17th day of August, 2024

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

8-17-24
Date

Signature of Plaintiff