# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH VAN DAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket No. 1:24-cv-00299-NT |
| WELLPATH MEDICAL, | ) ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 5, 2024, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 4). The Magistrate Judge recommended dismissal unless the Plaintiff filed an amended complaint that alleges an actionable claim within fourteen days. The time within which to file objections has expired, and no objections have been filed.[1] The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

---

[1] After the Recommended Decision issued, the Plaintiff filed additional documentation (ECF No. 5) relating to his application to proceed without prepayment of fees (ECF No. 2), but he has not filed any objections nor an amended complaint.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 3rd day of October, 2024.